IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TERRY WAYNE KNIGHT, and | ) | Case No. 05-14206 |
| BARBARA KAY KNIGHT, | ) | Chapter 7 |
|             Debtors. | ) | |
| _____ | ) | |
| | ) | |
| J. MICHAEL MORRIS, Trustee, | ) | |
| | ) | |
|             Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. |
| | ) | |
| GMAC MORTGAGE, | ) | |
|             Defendant. | ) | |
| _____ | ) | |

**COMPLAINT TO AVOID AND PRESERVE UNPERFECTED SECURITY INTEREST**

The trustee for his complaint states:

1. He is the duly qualified and acting trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §157.

3. This adversary action relates to <u>In re: Terry Wayne Knight and Barbara Kay Knight,</u> Case No. 05-14206 pending in the United States Bankruptcy Court, District of Kansas.

4. This is a core proceeding pursuant to 28 U.S.C. §157.

5. The above bankruptcy case was filed on July 8, 2005 under Chapter 7 of Title 11 U.S.C.

6. On or about February 13, 1988 the debtors entered into a note and mortgage with Kelly Financial Services, Inc. respecting property at 211 S. Elm St., Grenola, Kansas. Such note and mortgage were subsequently transferred to GMAC Mortgage (Loan No. 830005209). The property includes a manufactured home.

7. The lien as to the manufactured home was not perfected as of the filing of the debtors' bankruptcy.

8. The trustee may therefore avoid the lien pursuant to 11 U.S.C. §544(a) and preserve the

same for the benefit of the estate under §551.

WHEREFORE, the trustee requests an order as set out above; for costs ($150.00); and for such other and further relief as the Court deems just.

>KLENDA, MITCHELL, AUSTERMAN
>   & ZUERCHER, L.L.C.
>301 North Main, Suite 1600
>Wichita, Kansas 67212
>(316) 267-0331
>
>
>By:_____/s/_____
>       J. Michael Morris #09292
>       Attorney for the Trustee

Document No. 281458